G. GOLDBERG & SONS, INC., Respondent, *v.* WEISBERG-GOLDMAN CORPORATION et al, Appellants.

(Argued December 1, 1932; decided December 16, 1932.)

*Frank Weinstein* and *Samuel J. Levinson* for Weisberg-Goldman Corporation, appellant.

*C. Elmer Spedick* for Title Guarantee and Trust Company, appellant.

*Milton Elias Schattman* for respondent.

Judgment as to Weisberg-Goldman Corporation affirmed, with costs. Judgment as to Title Guarantee and Trust Company reversed, with costs in all courts, and complaint dismissed as to it. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.